IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HARRY JAMES SMITH, :
:
    Petitioner, :
:
v. : Civil Action No. 04-1291-JJF
:
THOMAS CARROLL, :
Warden, and M. JANE :
BRADY, Attorney General :
of the State of :
Delaware, :
:
    Respondents. :

**ORDER**

At Wilmington, this __7__ day of October, 2005, consistent with the Memorandum Opinion issued this same day;

IT IS HEREBY ORDERED that:

1. Petitioner Harry J. Smith's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 is DISMISSED, and the relief requested therein is DENIED. (D.I. 2.)

2. The Court declines to issue a certificate of appealability for failure to satisfy the standard set forth in 28 U.S.C. § 2253(c)(2).

                                          /s/ Joseph J. Farnan
                                      UNITED STATES DISTRICT JUDGE