UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

981201456

No. 00154166

your name, Harry James Smith

Appellant

v. United States District Court
United States District Cour

Appellees.

Harry James Smith

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(D.C. Civil No. )

04-1291-JJF

FILED
NOV - 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Your name
Delaware Correctional Center
Smyrna, Delaware 19977

Appellant

Loren C. Meyers
Deputy Attorney General
Department of Justice
State office Building
820 No. French Street
Wilmington, DE 19801

Attorney for Appellees

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Case Number: 9812014656

Case Name: Harry James Smith

WriT of HABEAS Corpus

INFORMAL BRIEF

DIRECTIONS: Answer the following questions about your appeal to the best of your ability. Use additional sheets of paper if necessary. You need not limit your brief solely to this form, but you should be certain that any brief you file contains answers to the questions below. The Court prefers short and direct statements.

1. Jurisdiction: What order(s) of the district court are you appealing?

WriT of HABEAS Corpus:

What is the date of the order(s)? 10/7/05

When did you file your notice of appeal? 1/27/00

2. Statement of the case: Explain the proceedings in the district court (i.e. what the district court did in deciding your case). They stated that my Judgement of conviction had not yet become final in which it did, because I pled guilty on 1/13/00 and I was sentenced on 1/19/00, so it can not be time barred and I filed my first writ of HABEAS Corpus on time within the one year and thirty days limitation period also I filed three HABEAS Corpus motions, the first on 2/25/00, second one on 1/19/01, and third one on 9/20/0 however, the United States District Court of Delaware did not consider and credited that to me and I feel that it wasn't fair toward my case, if I need a Certificate of Appeal document motion. please send one

3. Statement of facts: Explain the facts and events that caused you to file your complaint in the district court. They affirmed my decision and stated that I wasn't over sentenced an there wasn't any double Jeopardy that took place in my case in which was not true because I was given a violation of probation and parole in which I was on Parole and I only could be on one and I was suppose to start my probation after I finished my parole, but I never got a chance to complete my parole, because I got arrested while on parole and then the Delaware Supreme Court affirmed my motion for Correction of Sentence under rule 35A and then, the when I appealed to the United States District Court and file-ing a Writ of HABEAS Corpus on the grounds of double Jeopardy, Newly found evident, error of indictment Prosecutorial misConduct and Using false or misleading evidence.

2

4. **Statement of related cases:** Have you filed an appeal in this case before? If so, give title of case and docket number. None

Do you have any cases related to this case pending in the district court or the court of appeals? If so give title of case and docket number. None

5. Did the district court incorrectly decide the facts of your case? Yes If so what facts? The District Attorney stated that my Judgemen of Conviction had not been render or become final in which it did because when I filed my first Writ of HABEAS Corpus on 1/27/00 my case was already final in which they claimed it wasn't therefore, they error on my behal by rule-ing time barred because the limitation perio hadn't ran out and the modification and writ of HABE corpus motion tolled the limitation Period of 30-d plus the one year time frame period. also I was Sente ed on 1/19/00, so my case and Sentencing had to be fina and thats 8-days before the District Court claimed th on 1/27/00, that I filed my First Writ of HABEAS Co us, I was already sentenced.

6. Did the district court apply the wrong law (either cases or statutes)? **yes**
If so, what law do you want applied? I would like for the tolled Law to be appled to my case and to be given credit for the three writ HABEAS Corpus motions and the few Sentencing modifications I filed starting back from January of 2000-2004, so I hope that this matter and appeal be consider and be granted. Thank you, because I would like for a ruling to be made on my writ of HABEAS Corpus on the grounds of double Jeopardy, New, found evidence, error of indictment, Prosecutor misconduct and using false or misleading evidenc

4

7. Are there any other reasons why the district court's judgment was wrong? **yes**
If so, briefly state these reasons. 1. miscalculation of time regarding the one year period; 2. The Court did not consider the few modification motions that I filed from 2000-2003 for equitable tolling; 3. and my judgement of conviction became final, in which the Deputy Attorney General stated It didn't ~~because~~ however, by 1/27/00 I was sentenced because my sentencing date was 1/19/00.

8. What action do you want the Court of Appeals to take in this case? I would like for the Court of appeals to view the memorandum opinion coming from the Deputy attorney General's office and read it starting from page 1-7 and see the error at on stating that my case hadn't been final until it was by 1/27/00 and violated me on the one years limitation which was inappropriate which he rendered and based his decision on. I would like for the decision to be reversed.

Signature: *Harry J. Smith*

You may attach any documents filed in the district court that you think the court of appeals must see in order to decide your appeal. Please keep in mind that the entire district court record is transmitted to the court of appeals and is available for the court's review. You must attach copies of the district court docket entries, the opinion and order appealed, and the notice of appeal. Documents not admitted in the district court may not be submitted to the court of appeals without permission of the court.

**IMPORTANT: IF YOU ARE PROCEEDING PROCEEDING IN FORMA PAUPERIS, YOU MUST FILE AN ORIGINAL AND THREE (3) COPIES OF THIS BRIEF AND ANY ATTACHMENTS WITH THE CLERK. IF YOU HAVE PAID THE DOCKETING FEE, YOU MUST FILE AN ORIGINAL AND TEN (10) COPIES OF THIS BRIEF AND ANY ATTACHMENTS WITH THE CLERK. A COPY OF THIS BRIEF AND ANY ATTACHMENTS MUST ALSO BE SENT TO ALL OPPOSING PARTIES. YOU MUST CERTIFY ON THE ATTACHED PROOF OF SERVICE THAT A COPY OF THIS BRIEF AND ANY ATTACHMENTS WERE SENT TO ALL OPPOSING PARTIES.**

## Certificate of Service

I, **Harry James Smith**, hereby certify that I have served a true and correct cop(ies) of the attached: **Appeal for the United States District Court** upon the following parties/person (s):

TO: **United States District Court 844 N. King Street, Lockbox 18 Wilmington Delaware 19801-3570**

TO: **Attorney General Department of Justice 820 N. French Street Wilmington, DE 19801**

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this **27** day of **October**, 200**5**

*Harry James Smith*



IM Harvey James Smith
SBI# 154166 UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Ct
844 N. King Street Lock Box 18
Wilmington, Delaware
19801-3570