```
                    SUPERIOR COURT CRIMINAL DOCKET                    Page     1
                          ( as of  12/26/2001 )

State of Delaware v.  HARRY J SMITH                           DOB: 11/02/1959
State's Atty: PETER N LETANG , Esq.         AKA: HARRY SMITH
Defense Atty: RAYMOND J OTLOWSKI , Esq.          HARRY SMITH



Assigned Judge:

Charges:
Count       DUC#        Crim.Action#    Description       Dispo.    Dispo. Date
-------------------------------------------------------------------------------
 001     9812014656      IN98121970     ROBBERY 1ST         PG      01/13/2000
 002     9812014656      IN98121971     ROBBERY 1ST         PG      01/13/2000
 003     9812014656      IN98121972     PDWDCF              PG      01/13/2000
 004     9812014656      IN98121973     DISGUISE            NOLP    01/13/2000
 005     9812014656      IN98121974     RSP >$1000          NOLP    01/13/2000
 006     9812014656      IN99020138     PDWBPP              PG      01/13/2000
 007     9812014656      IN99020139     DISGUISE            NOLP    01/13/2000

        Event
No.     Date           Event                                    Judge
-------------------------------------------------------------------------------
 1    12/30/1998
         CASE ACCEPTED IN SUPERIOR COURT.
         ARREST DATE: 12/21/1998
         PRELIMINARY HEARING DATE: WAIVER
         BAIL:
         HELD ON SECURED BAIL                    46000.00 100
         CONDITIONS: NO CONTACT DIRECT OR INDIRECT WITH VICTIM, AND REPORT TO
         PROBATION OFFICER.
 2    01/12/1999
         MOTION FOR REDUCTION OF BAIL FILED.
         RAYMOND J. OTLOWSKI, ESQ.
 3    01/26/1999                                          REYNOLDS MICHAEL P.
         MOTION FOR REDUCTION OF BAIL DENIED.
 4    02/01/1999
         INDICTMENT, TRUE BILL FILED.#34
         ARRAIGNMENT BAIL STATUS 2-16-99 AT 9:30.
         CASE REVIEW AND ARRAIGNMENT 3-15-99 AT 1:45.
 5    02/03/1999
         NOTICE OF SERVICE OF DISCOVERY AND ACKNOWLEDGEMENT OF RECEIPT OF
         DISCOVERY RESPONSE.
 6    02/16/1999                                          REYNOLDS MICHAEL P.
         ARRAIGNMENT CALENDAR, ARRAIGNED.
 7    02/16/1999                                          REYNOLDS MICHAEL P.
         BAIL MODIFIED. BAIL NOW SET AT
         HELD ON SECURED BAIL      6000.00 100 0138 & 0139
         NO CONTACT DIRECT OR INDIRECT WITH VICTIM, AND REPORT TO PRO
         OFFICER.
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                        Page     2
                         ( as of  12/26/2001 )

State of Delaware v.   HARRY J SMITH                              DOB: 11/02/1959
State's Atty: PETER N LETANG , Esq.          AKA: HARRY SMITH
Defense Atty: RAYMOND J OTLOWSKI , Esq.           HARRY SMITH

          Event
No.       Date            Event                                   Judge
----------------------------------------------------------------------------------
 8        03/15/1999
            SUMMONS MAILED.
          03/30/1999                                       GEBELEIN RICHARD S.
            FAST TRACK CALENDAR:  NEW TRACK ASSIGNED.
            NEW TRACK:  STANDARD TRACK.
            DATE: 5/10/99 @1:45
 9        05/10/1999
            CASE REVIEW CALENDAR:  FINAL CASE REVIEW CONTINUED
            051899
          05/18/1999                                       GEBELEIN RICHARD S.
            FAST TRACK CALENDAR/FINAL CASE REVIEW:  CONTINUED 060499
            FOR PLEA
          06/04/1999                                       GEBELEIN RICHARD S.
            FAST TRACK CALENDAR:  NEW TRACK ASSIGNED.
            NEW TRACK: FCR
            DATE: 072699
          07/26/1999                                       BARRON NORMAN A.
            FINAL CASE REVIEW:  NO PLEA/SET FOR TRIAL
10        10/08/1999                                       GOLDSTEIN CARL
            ORDER SCHEDULING TRIAL FILED.
            TRIAL DATE: 01/13/00
            CASE CATEGORY: 2
            ASSIGNED JUDGE (CATEGORY 1 CASES ONLY):
            UNLESS THE COURT IS ADVISED WITHIN 2 WEEKS OF THE UNAVAILABILITY
            OF NECESSARY WITNESSES, THE COURT WILL CONSIDER THE MATTER READY
            FOR TRIAL.  ABSENT EXCEPTIONAL CIRCUMSTANCES, RESCHEDULING OR
            CONTINUANCE REQUESTS WILL BE DENIED.
14        12/16/1999
            SHERIFF'S COSTS FOR SUBPOENAS DELIVERED.
15        12/16/1999
            SHERIFF'S COSTS FOR SUBPOENAS DELIVERED.
16        12/16/1999
            SHERIFF'S COSTS FOR SUBPOENAS DELIVERED.
12        12/21/1999
            STATE'S WITNESS SUBPOENA ISSUED.
11        12/23/1999
            SUMMONS MAILED.
13        12/28/1999
            SUMMONS MAILED.
17        01/05/2000
            SHERIFF'S COSTS FOR SUBPOENAS DELIVERED.
18        01/12/2000
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                    Page    3
                          ( as of  12/26/2001 )

State of Delaware v.  HARRY J SMITH                          DOB: 11/02/1959
State's Atty: PETER N LETANG , Esq.        AKA: HARRY SMITH
Defense Atty: RAYMOND J OTLOWSKI , Esq.         HARRY SMITH

         Event
No.      Date          Event                                    Judge
-------------------------------------------------------------------------------
         SHERIFF'S COSTS FOR SUBPOENAS DELIVERED.
19    01/13/2000                                    CARPENTER WILLIAM C. JR.
         TRIAL CALENDAR-JURY TRIAL-PLED GUILTY-SENT.DEFERRED 011900.
         TO 2CTS.1970 & 1971, ROBBERT 1ST,TO 1972, PDWDCF & TO 0138, PDWBPP.
         STATE ENTERED N/P ALL REMAINING CHRGS. (DEFT.WILL BE SENT.ON JUDGE
         GEBELEIN'S FAST TRACK CALENDAR)
      01/19/2000                                    GEBELEIN RICHARD S.
         SENTENCING CALENDAR: DEFENDANT SENTENCED.
20    01/19/2000                                    GEBELEIN RICHARD S.
         SENTENCE: ORDER SIGNED AND FILED 2-23-00
25    01/27/2000                                    GEBELEIN RICHARD S.
         ORDER: PETITION FOR WRIT OF HABEAS CORPUS DENIED
         RE: PETITIONER IS BEING HELD PURSUANT TO LAWFUL ORDERS
         OF THIS COURT. PETITIONER'S REQUEST DOES NOT FALL WITHIN
         THE AMBIT OF REMEDY AFFORD BY A WRIT OF HABEAS CORPUS
         IT IS SO ORDERED
         RICHARD S. GEBELEIN
         00M-07-029 RSG
21    02/25/2000
         MOTION FOR MODIFICATION OF SENTENCE FILED.
         PRO SE - REFERRED TO JUDGE GEBELEIN
         REFERRED TO PRESENTENCE FOR JUDGE GEBELEIN 3/6/2000
22    03/13/2000                                    GEBELEIN RICHARD S.
         ORDER: DEFENDANTS MOTION FOR REDUCTION/MODIFICATION OF SENTENCE IS
         DENIED FOR THE FOLLOWING REASONS: THE SENTENCE IS APPROPRIATE FOR ALL
         THE REASONS STATED AT THE TIME OF SENTENCING.
23    07/12/2000
         PETITION FOR WRIT OF HABEAS CORPUS FILED
         PRO SE - JUDGE GEBELEIN
         CIVIL ACTION NO. 00M-07-029 RSG
         REFERRED TO JUDGE GEBELEIN 7/13/2000
24    01/19/2001
         MOTION FOR MODIFICATION OF SENTENCE FILED.
         PRO SE - JUDGE GEBELEIN
         REFERRED TO PRESENTENCE 1/26/2001
26    03/07/2001                                    GEBELEIN RICHARD S.
         ORDER:  MOTION FOR REDUCTION/MODIFICATION OF SENTENCE IS DENIED.
            THE MOTION WAS FILED MORE THAN 90 DAYS AFTER IMPOSITITON OF THE
         SENTENCE AND IS THEREFORE TIME-BARRED.
            THE SENTENCE IS APPROPRIATE FOR ALL THE REASONS STATED AT THE TIME
         OF SENTENCING.
            NEED TO APPLY THROUGH DEPT. OF CORRECTION 11 DEL.C. 4217.
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                Page    4
                        ( as of  12/26/2001 )

State of Delaware v.  HARRY J SMITH                         DOB: 11/02/1959
State's Atty: PETER N LETANG , Esq.        AKA: HARRY SMITH
Defense Atty: RAYMOND J OTLOWSKI , Esq.         HARRY SMITH

        Event
No.     Date            Event                               Judge
-----------------------------------------------------------------------------
27     10/04/2001
         DEFENDANT'S LETTER FILED.

              *** END OF DOCKET LISTING AS OF  12/26/2001 ***
                      PRINTED BY: CSCVELL
```