NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT DOCKET NUMBER: 05-4963 (leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

Harry J. Smith

v.

Thomas Carroll

DISTRICT COURT DOCKET NUMBER: 04-1291-JJF

DISTRICT COURT JUDGE: Joseph J. Farnan

Notice is hereby given that **Harry J. Smith** (Named Party) appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [ ] Order, [✓] Other (specify) **Denial of Habeas Corpus - motion in the United States District Court**

entered in this action on **September 20, 2004** (date)

Dated: 9/20/04

Harry J. Smith Pro-Se
(Counsel for Appellant-Signature)

Harry J. Smith
(Name of Counsel - Typed)

DCC 1181 Paddock Rd
(Address)

Smyrna, Delaware
(City, State Zip)

19977
(Telephone Number)

RECEIVED DEC 1 - 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

(Counsel for Appellee)

(Address)

(City, State Zip)

(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

## Certificate of Service

I, **Harry J. Smith**, hereby certify that I have served a true and correct cop(ies) of the attached: **Certificate of Service** upon the following parties/person(s):

TO: Office of the Clerk United States District Court Ct 844 N. King Street, Locker box 18 Wilm, De. 19801-3570

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 29 day of November, 2005

Harry J. Smith

IM Harry F. Smith
SBI# 154166  UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Ct.
844 N. King Street, Lockerbox 18
Wilmington, Delaware
19801-3570


WILMINGTON DE
PM 30 NOV 2005
138

Legal mail

19801+35719