I\m HARRY J. SMITH

SBI# 154166 UNIT S.1

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

DECEMBER 5TH, 2005

CLERK OF THE COURT

UNITED STATES DISTRICT

    COURT

FOR THE DISTRICT OF

    DELAWARE

844 KING STREET, LOCKBOX 18*

WILMINGTON, DELAWARE 19801



        DEAR CLERK OF THE COURT,

I HARRY J. SMITH, DO HEREBY REQUEST 1 COPY

OF MY DOCKET SHEET, ( DISTRICT COURT # 04-1891-JJF)

TO BE SENT TO ME AT THE COURT'S MOST

EARLEST CONVIENCE.

        THANK YOU,

        RESPECKFULLY

        SUBMITTED,

        Harry J. Smith

/IM  HARRY J. SMITH

SB#/54/66    UNIT B.1.

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

AAY TO:

CLERK OF THE
COURT

DISTRICT COURT # 04.1391. DSF

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

844 KING STREET, LOCKBOX 18

WASHINGTON, DELAWARE

15801

U.S.M.S
X-RAY

" LEGAL MAIL "

WILMINGTON DE 198
PM
05 DEC
2005

12801/3318