OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS

| | | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1790 | Telephone<br>267-299-4952 |

www.ca3.uscourts.gov

December 12, 2005

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801


**RE: Docket No. 05-4963**
   **Smith vs. Carroll**
   **D. C. No. 04-cv-01291**


Dear Mr. Dalleo:

   Receipt is acknowledged on 12/08/05, of notice of appeal filed with the district court on 12/01/05, in the above-captioned case.


   Since the notice of appeal filed on 11/10/05 is duplicative of the appeal already docketed at No. 05-4963, this notice will not be given a new number but will be placed in the file.

                            Very truly yours,
                            MARCIA M. WALDRON
                            Clerk

                            By:  Carmen M. Hernandez
                                 Case Manager


cc:
     Mr. Harry James Smith
     Thomas E. Brown, Esq.