HPS-51 (April 2006)  April 21, 2006

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **05-4963**

HARRY JAMES SMITH

       vs.

THOMAS L. CARROLL;
ATTORNEY GENERAL OF THE STATE OF DELAWARE
(D.C. DE. Civ. No. 04-cv-01291)

Present:   SCIRICA, Chief Judge, WEIS and GARTH, Circuit Judges

    Submitted is Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1), with memorandum in support,

    in the above-captioned case.

                                                   Respectfully,

                                                   Clerk

MMW/BNB/cmh

_____ORDER_____

    Appellant's request for a certificate of appealability is denied.  See Slack v. McDaniel, 529 U.S. 473, 484 (2000).  For substantially the reasons set forth in the District Court's memorandum opinion, the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is time-barred under the applicable statute of limitations.  28 U.S.C. 2244(d)(1).  We conclude that Appellant has failed to establish "extraordinary circumstances" warranting the equitable tolling of the limitations period.  Miller v. New Jersey State Dep't of Corrections, 145 F.3d 616 (3d Cir. 1998).

                                                   By the Court,

                                                   s/Weis
                                                   United States Circuit Judge

DATED:  May 8, 2006
CMH/cc: HJS, TEB



A True Copy:

Marcia M. Waldron, Clerk