OFFICE OF THE CLERK

| | | |
|---|---|---|
| **MARCIA M. WALDRON**<br>**CLERK** | UNITED STATES COURT OF APPEALS<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106-1790 | TELEPHONE<br>215-597-2995 |

**Delaware h**         Clerk of District Court            Date    **05/08/06**
(District)

**Smith vs. Carroll   A**                                 C. of A. No.  **05-4963**
(Caption)

**Harry James Carroll**
(Appellant)

**Civil No. 04-cv-01291   JJF**
(D.C. No.)

Enclosures:

_____**05/08/06**_____  Certified copy of C. of A. Order by the **Court**/XXXXX
   (Date)

*___**X**___ Record **(Rec'd)**

*_____ Supplemental Record

*_____ Exhibits

*_____ State Court Record

___**X**___ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s) _____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

                    *Carmen M. Hernandez*     (267)-299- **4952**
                      Carmen M. Hernandez                    Telephone Number
                         Case Manager

                *_____    (267)-299-_____
                      Record Processor                         Telephone Number

Receipt Acknowledge: _____
   (Name)
   __5/12/06__
   (Date)

Rev. 4/3/03
Appeals (Record)